1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email:  tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Cecil Shaw

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL SHAW, | No.  1:14-cv-00272-LJO-SKO |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ACTION; ORDER** |
| vs. | |
| PAUL B. SETO, individually and dba MING'S RESTAURANT, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Plaintiff Cecil Shaw and Defendant Paul B. Seto dba Ming's Restaurant, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.  Each party is to bear its own attorneys' fees and costs.

Date: May 21, 2014                MOORE LAW FIRM, P.C.

                                  */s/ Tanya E. Moore*
                                  Tanya E. Moore
                                  Attorneys for Plaintiff
                                  Cecil Shaw

Date: May 21, 2014                VAUGHAN & ASSOCIATES

                                  */s/ Cris C. Vaughan*
                                  Cris C. Vaughan
                                  Attorneys for Defendant
                                  Paul B. Seto, individually and dba Ming's Restaurant

**ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. Each party shall bear its own attorney's fees and costs. The Clerk of Court is directed to close this case.

**SO ORDERED**
**Dated: May 21, 2014**

                                   **/s/ Lawrence J. O'Neill**
                                   **United States District Judge**